1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JIMMIE L. ADAMS, SR.,                          No. CIV S-06-1955-GEB-CMK-P

12                  Petitioner,

13          vs.                                             ORDER

14   JUDGE HARRIS, et al.,

15                  Respondent.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.

19          Petitioner has requested the appointment of counsel (Docs. 8, 10 & 12).  There

20   currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius

21   v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the

22   appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

23   8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

24   interests of justice would be served by the appointment of counsel at the present time.

25   / / /

26   / / /

1

The court notes that these are petitioner's second, third, and fourth requests for counsel in less than two weeks.  No further motions will be entertained until, at the earliest, a response to the petition has been filed.

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for appointment of counsel (Docs. 8, 10 & 12) are denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

DATED:   October 4, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE