IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE LEE ADAMS, SR.,

                Petitioner,           No. CIV S-06-1955 GEB CMK P

      vs.

JUDGE W. HARRIS,

                Respondent.          ORDER

_____/

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 14). Petitioner's petition will be addressed separately.

          Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted.


DATED: October 11, 2006.


                                                  
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE