1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JIMMIE LEE ADAMS, SR.,                 No. CIV S-06-1955-GEB-CMK-P

12               Petitioner,

13       vs.                               ORDER

14  RICHARD KIRKLAND,[1] Warden,

15               Respondent.

16  _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended

19  petition for a writ of habeas corpus (Doc. 29), filed on March 21, 2007.

20            The court has examined the petition as required by Rule 4 of the Federal Rules

21  Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22  exhibits that petitioner is not entitled to relief.  See id.  Respondent, therefore, will be directed to

23  file a response to petitioner's petition.  See id.  If respondent answers the petition, such answer

24  _____

25       [1]    The amended petition names Richard Kirkland as the respondent.  The Clerk of the
    Court is directed to terminate "Judge W.  Harris" as a respondent and to add Richard Kirkland as
26  the only respondent.

                                          1

must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

           Accordingly, IT IS HEREBY ORDERED that:

           1.     Respondent is directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

           2.     Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

           3.     The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:   April 20, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE